FILED
U.S. DISTRICT COURT
WDNY BUFFALO

2007 FEB -8  PM 1:0

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JAY VELLON, 099789055

        Plaintiff,

  -v-

NELSON MUNOZ-CAMPOS;
MELL, Correctional Officer;
BAILEY, Doctor; and
CHARLES MULE, Facility Director;

        Defendants.

**DECISION and ORDER**
06-CV-6622L(P)

Plaintiff, who is incarcerated in the Buffalo Federal Detention Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. Plaintiff has requested appointment of Counsel. Because the Court does not have sufficient information to assess plaintiff's request at this stage in the case, the request is denied without prejudice to renew it later in the case. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

SO ORDERED.

Dated: _____2/07_____, 2007
Buffalo, New York

/s/ William M. Skretny
WILLIAM M. SKRETNY
United States District Judge